**Entered on Docket**
**September 14, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

SARAH V. CARRASCO, ESQ.
Nevada Bar No. 8017
GAYLE A. KERN, LTD.
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 324-5930
Facsimile: (775) 324-6173
E-Mail: sarahcarrasco@kernltd.com

Attorneys for Wells Fargo Financial Nevada 2, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                          Case No. BK-N-08-50334-gwz
                                                Chapter 7
STEVEN L. LISTER,
                                                **ORDER NUNC PRO TUNC GRANTING**
                                                **MOTION FOR RELIEF FROM THE**
                                                **AUTOMATIC STAY**

                    Debtor.
                                                Hearing Date:      April 22, 2008
                                                Hearing Time:      10:00 a.m.
                                                Time Req'd:        5 minutes
_____/              Set By:            Liz

        The Court having entered on April 25, 2009 its order granting Wells Fargo Financial

Nevada 2, Inc.'s motion for relief from the automatic stay (Order is filed as Docket No. 19). The

originally submitted order identified one property when it should have identified two properties

as relief of stay was sought as two properties in the motion for relief from the automatic stay

(Motion is filed as Docket No. 13).

        The Motion for Relief from Automatic Stay ("Motion"), filed on behalf of Wells Fargo

Financial Nevada 2, Inc. ("WFF") came for hearing on April 22, 2008 and the Motion sought

relief from stay on two pieces of real property, one located at 1975 Marian Avenue, Carson City,

Nevada 89706 and as more particularly described as:

> Lot 71, as shown on the map of Sunland Vista Subdivision, Plat No. 6, filed for record in the Office of the Carson City Recorder, State of Nevada, on February 25, 1970, in Book 2 of Maps, Page 329, as Document Number 68646, Official Records.

and as further identified as Assessor's Parcel No. 002-272-07; and the other is located at 1770

Wren Street, Reno, Nevada 89509, and more particularly described as

> Lot 8, in Block B of Connolly Subdivision, according to the map thereof, filed in the Office of the County Recorder of Washoe County, State of Nevada on March 22, 1955.

and as further identified as Assessor's Parcel No. 010-225-01. No opposition to the Motion was

filed and served.

The court finds that notice of the Motion was properly given and that good cause has been

shown to grant the Motion for the findings made in court and for the reasons stated in the Motion,

which the court adopts as its own.

WHEREFORE, good cause appearing,

IT IS HEREBY ORDERED that relief from the automatic stay is granted.

IT IS FURTHER ORDERED that the requirement imposed by Fed. R. Bankr. P.

4001(a)(3) is hereby waived and the automatic stay shall be lifted immediately upon entry of this

order nunc pro tunc.

Submitted by:

GAYLE A. KERN, LTD.

_/s/ Sarah V. Carrasco_
SARAH V. CARRASCO, ESQ.
Attorneys for Wells Fargo Financial Nevada 2, Inc.

# # #

2

RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, the undersigned certifies:

_____ The Court waived the requirements of Local Rule 9021.

_____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

_____ approved the form of this order as indicated above;

_____ waived the right to review the order; and/or

_____ failed to file and serve papers in accordance with L.R. 9021(c).

_____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

_____X_____ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

Dated this 9ᵗʰ day of September, 2009.

GAYLE A. KERN, LTD.


_____/s/ Sarah V. Carrasco_____
SARAH V. CARRASCO, ESQ.
Attorneys for Wells Fargo Financial Nevada 2, Inc.